# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHARLES M. CASSELL, III,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                CASE NO. 5:10CV69-3-MU

FNU DAWKINS,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2010, Order.

                                              Signed: June 3, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court